**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES R. BAIN**                                                            **PLAINTIFF**

**VS.**                            **5:07CV00102-WRW**

**CNA GROUP LIFE ASSURANCE CO.**                              **DEFENDANT**

## <u>ORDER</u>

Pending is a Joint Motion to Dismiss With Prejudice (Doc. No. 17).

For good cause shown, the motion is GRANTED, and this case is DISMISSED WITH

PREJUDICE.

IT IS SO ORDERED this 28th day of December, 2007.


/s/ Wm. R. Wilson, Jr._____
 UNITED STATES DISTRICT JUDGE